CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

Date: 03/10/2020 Time: 10:30

**MAR 1 0 2020**

CASE: 20-00085-SMT Crystal L Heath : CHAPTER 13

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Tommy Andrews Jr. representing Crystal L Heath (Debtor)

Rebecca A. Herr (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[8] Motion to Extend Automatic Stay Filed by Crystal L Heath
(Attachments: # 1 Affidavit # 2 Proposed Order)

**MOVANT** : Crystal Heath BY T Andrews;

DE# _____ _____     DE# _____ _____

DE# _____ _____     DE# _____ _____

DE# _____ _____     DE# _____ _____

DE# _____ _____     DE# _____ _____

DISPOSITIONS:
    Granted_____    Sustained_____    Denied_____
    Overruled_____  Withdrawn_____    Under Adv.____
    Moot_____    Consent_____    Dismissed_____
    Continued to: _____, 20____, AT ____:____ ___.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

    [ ] Signed by Court            [ ] Filed by Counsel
    [x] To be prepared by:
        [x] Movant's counsel        [ ] Court
        [x] Respondent's counsel    [ ] Other _____

NOTES: Parties agree: order like 4/29/2019 order in prior case will apply: D
to remain current on postpetition payments, and if defaults, the notice and
cure provisions of the 4/29/2019 order will apply, with same consequences if
there is not a cure, but add that Wells Fargo gets section 362(d)(4) relief
as well if there is a default that is not cured (and entry of an order to be
recorded under 362(d)(4)).  If case dismissed, Wells Fargo also gets section
362(d)(4) relief (and an order to be recorded).

_____/s/_____
S. Martin Teel, Jr. , United States Bankruptcy Judge